Case 1:26-cv-03388-NRB   Document 8-3   Filed 05/15/26   Page 1 of 1

# AFFIRMATION OF SERVICE

**State of New York**                    **County of New York**                    **Supreme Court**

Index Number: _____
Date Filed: 4/24/2026

Plaintiff:
**KATHLEEN HADELER, an individual**

vs.

Defendant:
**CLAIROL; COTY, INC; HENKEL a/k/a HENKEL AG & Co. KGaA; JOICO;
JOHN PAUL MITCHELL SYSTEMS; L'ORÉAL USA, INC.; L'ORÉAL USA
PRODUCTS, INC.; PRAVANA; WELLA OPERATIONS US, LLC, inclusive**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **L'ORÉAL USA, INC., c/o Corporation Service Company,
80 State Street, Albany, NY 12207**.

I, Dylan Jones, do hereby affirm that on the **24th day of April, 2026 at 10:45 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Verified Complaint with
Notice of Electronic Filing** to: **Maureen Cogan** , Authorized to Accept Service, as **Litigation
Management Specialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o
Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **L'ORÉAL USA, INC.**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 180, Hair:
Gray, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ____4/04/26____, under the penalties of perjury under the laws of New York, which
may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be
filed in an action or proceeding in a court of law.

_____
**Dylan Jones**
Process Server

**Nicoletti & Harris**
**101 Avenue Of The Americas**
**9th Floor**
**New York, NY 10013**

Our Job Serial Number: NHI-2026011286

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b